*In re* JAIME BENÍTEZ MARTÍNEZ.

*Número:* TS-6187          *Resuelto:* 5 de abril de 2002

*Sheila I. Vélez Martínez*, Directora Ejecutiva del Colegio de Abogados de Puerto Rico; *Jaime Benítez Martínez, pro se.*

## RESOLUCIÓN

Vista la moción para solicitar la reinstalación, *se autoriza la reinstalación del peticionario, Jaime Benítez Martínez, al ejercicio de la abogacía.*

Lo acordó el Tribunal y certifica la Secretaria del Tribu-

---

nal Supremo Interina. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*